## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | |
|     Plaintiff, | Case No.  2:12-cv-00228-JCM-GWF |
| vs. | **ORDER** |
| ROBERT R. BLACK, SR. and KATHERINE BLACK, | |
|     Defendants. | |

These matters come before the Court on Defendants' Motion to Stay or Consolidate Proceedings (#16), filed on June 5, 2012, and Plaintiff's Motions for Orders to Show Cause (#18, #19, #20), filed on June 21, 2012. Plaintiff filed a Response (#25) to Defendants' Motion to Stay (#16) on June 22, 2012. The Court conducted a hearing on the Motion to Stay (#16) on July 3, 2012, and took it under submission. *See Minutes of Proceedings, Doc. #29*. Subsequently, on July 10, 2012, Defendants filed a Notice of Bankruptcy under Chapter 7 of the Bankruptcy Code. *See Doc. #31*. In light of Defendants' bankruptcy and the stay imposed as a result, *see Doc. #32*, the Court will dismiss the instant Motions without prejudice. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay or Consolidate Proceedings (#16) is **denied** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Order to Show Cause (#18) is **denied** without prejudice.

...

...

...

1    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Order to Show Cause (#19) is
2 **denied** without prejudice.
3    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Order to Show Cause (#20) is
4 **denied** without prejudice.
5    DATED this 28th day of January, 2013.

                                                GEORGE FOLEY, JR.
                                                United States Magistrate Judge